IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| v. | : | NO. 1:10-CR-058 |
| DMARCUS ANTWAIN WARD aka Boss | : | |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### Sex Trafficking of a Minor

From on or about October 27, 2009, and continuing through on or about November 7, 2009, in the Northern District of Georgia and elsewhere, the defendant, DMARCUS WARD, also known as Boss, did knowingly recruit, entice, harbor, transport, provide and obtain by any means, in and affecting interstate commerce, a minor under the age of 18 years, namely "A.J.", knowing and in reckless disregard of the fact that "A.J." had not attained the age of 18 years and that means of force, fraud and coercion would be used to cause "A.J." to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1) and (b)(1).

## COUNT TWO
## Sex Trafficking of a Minor

In or about late September to early October 2009, in the Northern District of Georgia and elsewhere, the defendant, DMARCUS WARD, also known as Boss, did knowingly recruit, entice, harbor, transport, provide and obtain by any means, in and affecting interstate commerce, a minor under the age of 18 years, namely "J.F.", knowing and in reckless disregard of the fact that "J.F." had not attained the age of 18 years and that means of fraud and coercion would be used to cause "J.F." to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1) and (b)(1) and (2).

## COUNT THREE
## Transportation for Prostitution

From on or about October 27, 2009, and continuing through on or about November 7, 2009, in the Northern District of Georgia and elsewhere, the defendant, DMARCUS WARD, also known as Boss, knowingly did transport an individual, namely "A.J.", in interstate commerce from Atlanta, Georgia to Birmingham, Alabama and then back to Atlanta with intent that such individual engage in prostitution and in sexual activity for which any person can be charged with a criminal offense under the Official Code of Georgia Annotated, Sections 16-6-9, 16-6-11, 16-6-12, 16-6-13, and 16-6-14, all in violation of Title 18 United States Code, Section 2421.

2

## COUNT FOUR
### Transportation for Prostitution

In or about late September to early October 2009, in the Northern District of Georgia, and elsewhere, the defendant, DMARCUS WARD, also known as Boss, knowingly did transport an individual, namely "J.F.", in interstate commerce from Atlanta, Georgia to Birmingham, Alabama and back to Atlanta with intent that such individual engage in prostitution and in sexual activity for which any person can be charged with a criminal offense under the Official Code of Georgia Annotated, Sections 16-6-9, 16-6-11, 16-6-12, and 16-6-13, all in violation of Title 18 United States Code, Section 2421.

## FORFEITURE PROVISION

This indictment charges the defendant, DMARCUS WARD, also known as Boss, with violations of Title 18, United States Code, Section 1591, and upon conviction of any of such violation of the law, pursuant to 18 U.S.C. § 1594, the defendants shall forfeit to the United States any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such offenses, and any property, real or personal, that constituting or derived from any proceeds obtained, directly or indirectly, as a result of such offenses, including, but not limited to the following:

(a)   a sum of money equal to the amount of proceeds obtained

3

as a result of the offense(s);

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property.

A __True__ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
ACTING UNITED STATES ATTORNEY

_____
SUSAN COPPEDGE
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6250 (telephone)
404/581-6181 (facsimile)
Georgia Bar No. 187251

4